

TO: Michael Johnson, Legal Assistant
The Hartford
1 Hartford Plz, HO-1-09
Hartford, CT 06155-0001

**Service of Process Transmittal**
09/07/2017
CT Log Number 531894795

RE: **Process Served in Texas**

FOR: Hartford Lloyd's Insurance Company  (Domestic State: TX)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | DONALD JAQUESS, Pltf. vs. Hartford Lloyds Insurance Company, Dft. *Name discrepancy noted.* |
| DOCUMENT(S) SERVED: | Citation, Attachment(s), Original Petition |
| COURT/AGENCY: | 96th Judicial District Court Tarrant County, TX
Case # 09629438317 |
| NATURE OF ACTION: | Insurance Litigation |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Dallas, TX |
| DATE AND HOUR OF SERVICE: | By Process Server on 09/07/2017 at 13:03 |
| JURISDICTION SERVED: | Texas |
| APPEARANCE OR ANSWER DUE: | At or before 10 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service hereof |
| ATTORNEY(S) / SENDER(S): | Gary Lee Hach
HACH LAW OFFICE
312 W. Northwest Hwy.
Grapevine, XT 76051
817-421-3600 |
| ACTION ITEMS: | CT has retained the current log, Retain Date: 09/08/2017, Expected Purge Date: 09/13/2017
Image SOP
Email Notification,  Michael Johnson  MICHAEL.JOHNSON@THEHARTFORD.COM
Email Notification,  Massimo Fraschilla  Massimo.Fraschilla@thehartford.com
Email Notification,  Fiona Rosenberg  Fiona.Rosenberg@thehartford.com |
| SIGNED: | C T Corporation System |
| ADDRESS: | 1999 Bryan Street
Suite 900
Dallas, TX 75201 |
| TELEPHONE: | 214-932-3601 |

Page 1 of  1 / SH

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.



**EXHIBIT B**

# THE STATE OF TEXAS
# DISTRICT COURT, TARRANT COUNTY

## CITATION

*Cause No. 096-294383-17*

DONALD JAQUESS
VS.
HARTFORD LLOYDS INSURANCE COMPANY

TO: HARTFORD LLOYDS INSURANCE COMPANY
B/S REG AGT-CT CORPORATION SYSTEM 1999 BRYAN ST STE 900 DALLAS, TX 75201-

You said DEFENDANT are hereby commanded to appear by filing a written answer to the PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE at or before 10 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service hereof before the 96th District Court ,100 N CALHOUN, in and for Tarrant County, Texas, at the Courthouse in the City of Fort Worth, Tarrant County, Texas said PLAINTIFF being

DONALD JAQUESS

Filed in said Court on August 31st, 2017 Against
HARTFORD LLOYDS INSURANCE COMPANY

For suit, said suit being numbered 096-294383-17 the nature of which demand is as shown on said PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE a copy of which accompanies this citation.

GARY LEE HACH
Attorney for DONALD JAQUESS Phone No. (817)421-3600
Address    312 W NORTHWEST HWY GRAPEVINE, TX 76051

__Thomas A. Wilder__ , Clerk of the District Court of Tarrant County, Texas. Given under my hand and the seal of said Court, at office in the City of Fort Worth, this the 5th day of September, 2017.

By _Anthony Ferrara_
ANTHONY FERRARA

A CERTIFIED COPY
ATTEST: 09/05/2017
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY: /s/ Anthony Ferrara

NOTICE: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 AM. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

Thomas A. Wilder, Tarrant County District Clerk, 100 N CALHOUN, FORT WORTH TX 76196-0402

## OFFICER'S RETURN *09629438317000005*

Received this Citation on the _____ day of _____, _____ at _____ o'clock ___M; and executed at _____ within the county of _____, State of _____ at _____ o'clock ___M on the _____ day of _____, _____ by delivering to the within named (Def.): _____ defendant(s), a true copy of this Citation together with the accompanying copy of PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE, having first endorsed on same the date of delivery.

Authorized Person/Constable/Sheriff: _____
County of _____ State of_____ By _____ Deputy
Fees $_____
State of _____ County of _____ (Must be verified if served outside the State of Texas)
Signed and sworn to by the said _____ before me this _____ day of _____, ____
to certify which witness my hand and seal of office
(Seal)
County of _____, State of _____

**EXHIBIT B**

*CITATION*

Cause No. 096-294383-17

DONALD JAQUESS

VS.

HARTFORD LLOYDS INSURANCE COMPANY

ISSUED

This 5th day of September, 2017

Thomas A. Wilder
Tarrant County District Clerk
100 N CALHOUN
FORT WORTH TX 76196-0402

By    ANTHONY FERRARA Deputy

GARY LEE HACH
Attorney for: DONALD JAQUESS
Phone No. (817)421-3600
ADDRESS: 312 W NORTHWEST HWY

GRAPEVINE, TX 76051

*CIVIL LAW*



```
*09629438170000005*
```
SERVICE FEES NOT COLLECTED
BY TARRANT COUNTY DISTRICT CLERK
ORIGINAL



A CERTIFIED COPY
ATTEST: 09/05/2017
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY: /s/ Anthony Ferrara

**EXHIBIT B**